IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

NEWREZ LLC,

    Plaintiff,

v.                                                           2:25-CV-113-Z-BR

MARRISA STEWART et al.,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the Findings, Conclusions, and Recommendations ("FCR") of the United States Magistrate Judge to dismiss Plaintiff's claims for lack of subject-matter jurisdiction and to administratively terminate Plaintiff's Motion for Entry of a Consent Order. ECF No. 16. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED**. The Clerk of Court is **ORDERED** to terminate Plaintiff's Motion for Entry of a Consent Order. ECF No. 15. This is not a ruling on the merits of the motion. The case is **DISMISSED without prejudice**.

**SO ORDERED.**

November 10, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE